In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property from 2nd Avenue to West 155th Street, and Adjoining Property, Borough of Manhattan, Required for Harlem River Drive. In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property along the Harlem River between 2nd Avenue and East 140th Street, Borough of Manhattan, Required for Improvement of Waterfront and Harbor. LOU-ANN HOLDING CORP., Appellant.

Argued January 21, 1953; decided March 6, 1953.

*Morris Wagman* and *Irving Sheinfeld* for appellant.

*Denis M. Hurley, Corporation Counsel (Samuel K. Handel, Harry E. O'Donnell* and *Reuben Levy* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.